1  Steven C. Wolan (State Bar No. 56237)
   Andrea S. Carlise (State Bar No. 151648)
2  Jesper I. Rasmussen (State Bar No. 121001)
   PATTON⬥WOLAN⬥CARLISE, LLP
3  1999 Harrison Street, Suite 1350
4  Oakland, CA  94612
   Telephone:  (510) 987-7500
5  Facsimile:    (510) 987-7575
   Email:  swolan@pwc-law.com; acarlise@pwc-law.com
6  jrasmussen@pcw-law.com

7  Attorneys for Defendant COUNTY OF ALAMEDA,
   for itself and erroneously sued herein as "ALAMEDA
8  COUNTY" and "ALAMEDA COUNTY HEALTH CARE
9  SERVICES AGENCY"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VELMA REVELS,<br><br>             Plaintiff,<br><br>      vs.<br><br>ALAMEDA COUNTY, a political subdivision of the State of California; and ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY;<br><br>             Defendants. | Case No.: CV104582 JCS<br><br>DEFENDANT'S REQUEST TO APPEAR AT THE JANUARY 14, 2011 CASE MANAGEMENT CONFERENCE BY PHONE<br><br><br><br><br><br><br>Complaint Filed:  October 8, 2010 |
|---|---|

A Case Management Conference is scheduled in this case on Friday, Janauary 14, 2011 at 1:30 p.m.  Defense counsel, Steven C. Wolan, plans to be out of town and hereby requests permission to participate in the Case Management Conference by telephone.

///

///

///

---

DEFENDANT'S REQUEST TO APPEAR AT THE JANUARY 14, 2011 CASE MANAGEMENT CONFERENCE BY PHONE
(Case No. CV104582 JCS)

1

1  Dated:  January 7, 2011                              PATTON ♦ WOLAN ♦ CARLISE, LLP

4                                                       By:  /S/_____
                                                             STEVEN C. WOLAN
5                                                            Attorneys for Defendant,
                                                             COUNTY OF ALAMEDA

### O R D E R

Defense counsel's request to appear at the January 14, 2011 Case Management Conference is hereby granted.  Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call. Counsel shall contact the Clerk with a land line contact phone number.

DATED:   January __11__, 2011            _____
                                         Magistrate Judge Joseph C. Spero

*IT IS SO ORDERED AS MODIFIED*  
[Signed: Judge Joseph C. Spero]  
[Seal: United States District Court, Northern District of California]

---

DEFENDANT'S REQUEST TO APPEAR AT THE JANUARY 14, 2011 CASE MANAGEMENT CONFERENCE BY PHONE (Case No. CV104582 JCS)

2