HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, No. 204
Berkeley, California 94707-2116
Telephone:     (510) 542-7172
Facsimile:      (510) 528-3024
Email: moorlaw@aol.com

Attorneys for Plaintiff, VELMA REVELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELMA REVELS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, a political subdivision of the State of California; and ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY;<br><br>　　　　　Defendants. | Case No. 3:10-cv-04582-JCS<br><br>STIPULATION & (Proposed) ORDER TO EXTEND FIRST PHASE DISCOVERY & CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: October 8, 2010<br>Trial Date:     None set |

Whereas, the parties were not able to adhere to the schedule for completion of first phase discovery set in the Case Management Order (Docket #17), due, in part, to the engagement of counsel for Plaintiff in preparation for two (2) trials in the Superior Court of Alameda County, which were calendared to commence on March 28, 2011 and April 4, 2011, respectively, but not resolved until March 29, 2011, unavailability of documents from health care providers, and, even though the parties engaged in a telephonic conference with the court-appointed mediator (Docket #18) to schedule mediation, the parties were not able to conduct first phase discovery in a timely manner and complete mediation prior to the Case Management Conference scheduled on April 29, 2011,

The parties, by and through their respective counsel of record, hereby agree and stipulate as follows:

1. First phase discovery, limited to 3 depositions per side, be extended to June 30, 2011;

2. Completion of mediation be extended to August 5, 2011;

3. The parties to file Joint Case Management Conference Statement by no later than August 19, 2011; and

4. The current Case Management Conference be continued until August 26, 2011 at 1:30 p.m.

Dated: April 8, 2011              /s/Howard Moore, Jr.
                                  _____
                                  HOWARD MOORE, JR.
                                  Attorney for Plaintiff, VELMA REVELS


Dated: April ___, 2011            PATTON ♦ WOLAN ♦ CARLISE, LLP


                                  By: /s/ Andrea S. Carlise
                                  STEVEN C. WOLAN
                                  ANDREA S. CARLISE,
                                  Attorneys for Defendants ALAMEDA
                                  COUNTY & ALAMEDA COUNTY
                                  HEALTH CARE SERVICES AGENCY

---

STIPULATION & (Proposed) ORDER TO EXTEND FIRST PHASE DISCOVERY & CONTINUE CASE MANAGEMENT CONFERENCE
Velma Revels v. Alameda County, et al          Case No. 3:10-cv-04582-JCS
2

ORDER

PURSUANT TO STIPULATION: IT IS SO ORDERED

Dated: April 18, 2011

_____
United States

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero, signed]*